UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SERAFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>REALMARK HOLDINGS, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-03275-PCP<br><br>**ORDER TO SHOW CAUSE** |

On June 30, 2023, Mr. Serafin filed a complaint against defendants Realmark Holdings, LLC, Realmark Inc., and Madeline Serafin. The Court issued summons as to each defendant on that same date. Dkt. No. 3. On September 15, 2023, Mr. Serafin filed proof of service as to Realmark Holdings LLC and Realmark Inc. Dkt. No. 20. Mr. Serafin has not similarly provided proof of timely service as to Ms. Serafin, and Ms. Serafin asserts that she has not been served. Dkt. No. 31, at 2. Despite that, Mr. Serafin now requests entry of default as to Ms. Serafin. Dkt. No. 30.

A defendant's time to serve a responsive pleading commences upon "being served." Fed. R. Civ. P. 12(a)(1)(A). That Ms. Serafin's name was erroneously included on a single filing by the other properly served Defendants does not satisfy Mr. Serafin's affirmative obligation to serve and provide proof of such service. *See* Fed. R. Civ. P. 4. Accordingly, Mr. Serafin's request for entry of default is denied.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Because the time for service of the complaint on Ms. Serafin under Rule

1   4(m) has now passed, Mr. Serafin is ordered to provide proof of service on Ms. Serafin or show
2   cause in writing why his claims against Ms. Serafin should not be dismissed for failure to serve.
3   Mr. Serafin shall provide such proof of service or response by no later than October 20, 2023.

**IT IS SO ORDERED.**

Dated: October 5, 2023

_____
P. Casey Pitts
United States District Judge