STEPHEN M. FUERCH (SBN 065864)
LAW OFFICES OF STEPHEN M. FUERCH
7901 Stoneridge Drive, Suite 506
Pleasanton, CA 94588
Phone: (925) 463-2575
Facsimile: (925) 399-6786
steve@fuerchlegal.com

Attorneys for Defendants REALMARK HOLDINGS, LLC, MADELINE SERAFIN and REALMARK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SERAFIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REALMARK HOLDINGS, LLC, a California Limited Liability Company; MADELINE SERAFIN, an individual; REALMARK INC., a California "C" Corporation; and DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No.: 5:23-cv-03275 PCP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　February 22, 2024<br>Time:　10:00 a.m.<br>Ctrm:　8, 4th Floor (San Jose)<br>Judge:　Hon. P. Casey Pitts, United States District Court Judge |

TO PLAINTIFF ROBERT SERAFIN, IN PROPRIA PERSONA:

Defendants Realmark Holdings, LLC, a California Limited Liability Company, Madeline Serafin and Realmark Inc., a California "C" Corporation, through their counsel, hereby request the Court to take judicial notice pursuant to Federal Rules of Evidence 201, of the following facts:

/

//

///

Law Offices of
STEPHEN M. FUERCH, PC
7901 Stoneridge Drive
Suite 506
Pleasanton, CA 94588
(925) 463-2575

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
**Case No. 5:23-cv-03275 PCP**
Page -1-

1. Excerpts from Court proceedings in Petitioner Madeline Serafin's request for a Domestic Violence Restraining Order (DVRO), Contra Costa County Superior Case No. D21-02379, on May 27, 2022, in Department 2, of the Contra Costa County Superior Court, the Honorable Anita Santos, Judge Presiding.

2. Domestic Violence Restraining Order (DVRO) ordered by Judge Anita Santos on May 31, 2022, in Contra Costa County Superior Case No. D21-02379, in Madeline Serafin, Petitioner v. Robert Serafin, Respondent.

DATED: January 29, 2024.

LAW OFFICES OF STEPHEN M. FUERCH
A Professional Corporation

By: _____
STEPHEN M. FUERCH
Attorney for Defendants

Law Offices of
STEPHEN M. FUERCH, PC
7901 Stoneridge Drive
Suite 506
Pleasanton, CA 94588
(925) 463-2575

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
Case No. 5:23-cv-03275 PCP
Page -2-

# EXHIBIT 1

```
 1           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF CONTRA COSTA
 3             BEFORE THE HONORABLE ANITA SANTOS, JUDGE
 4                            --oOo--
 5
 6
     MADELINE SERAFIN,
 7
                 Petitioner,
 8
          vs.                              No. MSD21-02739
 9
     ROBERT SERAFIN,
10
                 Respondent.               Volume 2
11   _____/        Pages 122 - 169
12
13
14             REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                     DEPARTMENT NO. 2
16      WAKEFIELD TAYLOR COURTHOUSE, MARTINEZ, CALIFORNIA
17                       MAY 27, 2022
18
19                    A P P E A R A N C E S
20
     FOR THE PETITIONER:
21
     LAW OFFICE VICTOR J. POREE
22   BY:  VICTOR J. POREE, ESQ.
     7901 Stoneridge Drive, Suite 506,
23   Pleasanton, CA 94588
24   FOR THE RESPONDENT:
25   BOSCIA LEGAL
     BY:  CHRISTOPHER BOSCIA, ESQ.
26   1960 The Alameda, Suite 185
     San Jose, CA 95126
27
28   Reported by:  Jennifer J. Matteo, CSR, RPR, CRR
     Official Court Reporter, CSR License No. 12139
```

**CERTIFIED TRANSCRIPT**

```
 1   nothing.  That's all I'm going to do on my soapbox.
 2           Now I'm going to rule on the issue before me
 3   and say, number one, thank you Counsel for all of your
 4   participation.
 5           You were right, Mr. Boscia, in your
 6   observation that the standard is a preponderance.
 7   I heard from very credible children -- and I don't know
 8   if those are the observers, but I want the girls to know
 9   that I believe them.  I had no reason to disbelieve
10   them.
11           I am sorry that you have had the life that
12   you've had, under the circumstances that you've had, but
13   it's not the end.  It's the beginning for you girls.  So
14   thank you for your testimony.
15           Mr. Serafin, I do not and cannot find you
16   credible.  I cannot find everyone but you is being
17   distruthful to this Court.
18           I hope you find a way to own some of your
19   apparent abuse and misbehavior.  I hope you can find
20   your way to at least acknowledge it and save, to the
21   extent that you can, a relationship with all three of
22   your children.
23           I'm going to grant the requested restraining
24   order.  The burden has clearly been met.  I'm going to
25   issue this for three years.  It's going to be valid
26   through May 27th of 2025 at midnight.
27           If you could hold your questions, unless I ask
28   you, until the end.  I just don't want to run out of
```

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   CONTRA COSTA COUNTY    )

 3

 4           I, JENNIFER J. MATTEO, a duly qualified and acting

 5   Official Shorthand Reporter of the Superior Court of the

 6   State of California, in and for the County of Contra Costa,

 7   do hereby certify:

 8           That, I fully, truly and correctly took down in

 9   shorthand writing all of the proceedings had and all of the

10   testimony given in the within-entitled matter, MADELINE

11   SERAFIN versus ROBERT SERAFIN, Case No. MSD21-02739;

12           That I thereafter fully, truly and correctly

13   transcribed the same into typewriting;

14           That the foregoing is a full, true and correct

15   transcript of my shorthand notes taken at said hearing and at

16   the time and place therein named.

17

18                   IN WHEREOF WITNESS, I have hereunto

19                   set my hand this 6th day of July,

20                   2022.

21

22

23                   _____
                     JENNIFER J. MATTEO, CSR, RPR, CRR
24                   Official Court Reporter
                     CSR License No. 12139
25

26

27

28
```

# EXHIBIT 2

| DV-130 | **Restraining Order After Hearing (Order of Protection)** | Clerk stamps date here when form is filed. |
|---|---|---|

[X] Original Order   [ ] _____ Amended Order

**(1) Protected Person** (name): __Madeline Camile Serafin__

**FILED MAY 31 2022**
KIRI KER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
By _____
E. Hernandez, Deputy Clerk

**(2) Restrained Person**

*Full Name: __Robert C. Serafin__
*Gender: [X] M  [ ] F  [ ] Nonbinary
*Age: __57__ (Give estimate, if age unknown.)
Date of Birth: ▓▓▓▓▓  Height: __6'__  Weight: __220__
Hair Color: __brown__  Eye Color: __brown__
*Race: __Caucasian__
Relationship to person in (1): __spouse__
Address of restrained person: ▓▓▓▓▓
City ▓▓▓▓▓  State: __CA__  Zip ▓▓▓▓▓
Type, number, and location of firearms or ammunition: _____

Fill in court name and street address:
Superior Court of California, County of
**CONTRA COSTA**
**751 Pine Street**
**Martinez, CA 94553**

Court fills in case number when form is filed.
Case Number:
**D21-02739**

(Information that has a star (*) next to it is required to add this order into a California police database. Give all the information you know.)

**(3) [X] Other Protected People**

In addition to the person named in (1), the following persons are protected by orders as indicated in item (7) through (10).

| Full name | Relationship to person in (1) | Age |
|---|---|---|
| ▓▓▓▓▓ | son | ▓▓ |

**(4) Expiration Date**

This restraining order, except the orders noted below,* end on:
(date): __5/27/2025__ at (time): _____ [ ] a.m. [ ] p.m. or [X] midnight

*Custody, visitation, child support, and spousal support orders remain in effect after the restraining order ends. Custody, visitation, and child support orders usually end when the child is 18.

- If no date is written, the restraining order ends three years after the date of the hearing in item (5)a.
- If no time is written, the restraining order ends at midnight on the expiration date.

**This order must be enforced throughout the United States. See page 7.**
**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2022, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ
CEB Essential ceb.com Forms
**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**
DV-130, Page 1 of 8 →

| Case Number: |
|---|
| D21-02739 |

## ⑤ Hearings

a. The hearing was on *(date)*: **May 26-27, 2022** with *(name of judicial officer)*: **Anita Santos**

b. These people were at the hearing *(check all that apply)*:
- [X] The person in ①    [X] The lawyer for the person in ① *(name)*: **Victor Poree**
- [X] The person in ②    [X] The lawyer for the person in ② *(name)*: **Chris Boscia & Ethan Weisinger**

c. The people in ① and ② must return to court on *(date)*: **10/12/2022** in Department: **17**
at *(time)*: **8:30**   [X] a.m. ☐ p.m. to review *(list issues)*: **Return from Tier 2 mediation**
ON ZOOM

---

**To the Person in ②**
The court has granted a long-term restraining order. See ⑥ through ㉘.
- If you do not obey these orders, you can be charged with a crime, go to jail or prison, and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.

---

## ⑥ No Guns or Other Firearms or Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. **Within 24 hours of receiving this order, you must** sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms you have in your immediate possession or control.

c. **Within 48 hours of receiving this order, you must file a receipt with the court** that proves guns have been turned in or sold. (You may use <u>form DV-800</u>, *Proof of Firearms Turned In, Sold, or Stored*, for the receipt.)

d. [X] The court has received information that the person in ② owns or possesses a firearm.

e. ☐ Limited Exemption: The court has made the necessary findings to grant an exemption under Family Code section 6389(h). Under California law, the person in ② is not required to relinquish this firearm *(specify make, model, and serial number of firearm)*: _____
but must only have it during scheduled work hours and to and from their place of work. Even if exempt under California law, the person in ② may be subject to federal prosecution for possessing or controlling a firearm.

## ⑦ Cannot Look for Protected People

You must not take any action to look for any person protected by this order, including their addresses or locations.
☐ If checked, this order was not granted because the judge found good cause not to make the order.

---

**This is a Court Order.**

Revised January 1, 2022
CEB | Essential
ceb.com | Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 2 of 8 →

Case Number: **D21-02739**

## ⑧ ☒ Order to Not Abuse
**You must not do the following things to the person in ① and any person listed in ③:**

- Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

- "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.

- "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status.

## ⑨ ☒ No-Contact Order
a. You must **not contact**  ☒ the person in ①,  ☒ the persons in ③, directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

b. ☒ Exception to 9a:
   (1) ☒ You may have brief and peaceful contact with the person in ① to only communicate about your children for court-ordered visits.
   (2) ☒ You may have contact with your children only during court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____

c. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.

## ⑩ ☒ Stay-Away Order
a. You must stay at least *(specify):* **100** yards away from *(check all that apply):*
   ☒ Person in ①.                     ☐ School of person in ①.
   ☒ Home of person in ①.             ☒ Persons in ③.
   ☒ Job or workplace of person in ①. ☒ Children's school or child care.
   ☒ Vehicle of person in ①.          ☐ Other *(specify):* _____

b. ☒ Exception to 10a:
   The stay-away orders do not apply:
   (1) ☒ For you to briefly and peacefully exchange your children for court-ordered visits.
   (2) ☒ For you to visit with your children for court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____

**This is a Court Order.**

Revised January 1, 2022
CEB Essential
ceb.com Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 3 of 8 →

| Case Number: |
|---|
| D21-02739 |

**11** ☐ **Order to Move Out**
You must move out immediately from *(address)*:

_____

**12** ☒ **Other Orders**
<u>Mr. Sarafin shall not contact, directly or indirectly, Ms. Sarafin's employer, the CA</u>
<u>Dept of Real Estate, or the Internal Revenue Service with false allegations about or</u>
<u>against Ms. Sarafin.</u>

**13** ☒ **Child Custody and Visitation**
The judge has granted child custody and visitation orders in this case. They are on the attached <u>form DV-140</u>, *Child Custody and Visitation Order*
or *(specify other form)*: _____

**14** ☐ **Protect Animals**
a. ☐ You must stay at least _____ yards away from the animals listed below.
b. ☐ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.
c. ☐ The person in ① is given the sole possession, care, and control of the animals listed below.

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**15** ☒ **Control of Property**
Only the person in ① can use, control, and possess the following property:
<u>2021 Toyota Rav4</u>

**16** ☒ **Health and Other Insurance**
The person ☒ in ① ☒ in ② is ordered not to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties, or their children, if any, for whom support may be ordered, or both. unless written stipulation of the parties or further order of the court.

**17** ☒ **Record Communications**
The person in ① may record communications made by the person in ② that violate this order.

**This is a Court Order.**

Revised January 1, 2022
CEB Essential
ceb.com Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 4 of 8
→

| Case Number: |
|---|
| D21-02739 |

**(18) [X] Property Restraint**

The person [X] in ① [X] in ②  must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. (If the court granted ⑨, the person in ② must not contact the person in ①. To notify the person in ① of new or big expenses, have a server mail or personally give the information to the person in ① or contact their lawyer, if they have one.)

**(19) ☐ Pay Debts (Bills) Owed for Property** unless written stipulation of the parties or further order of the court.

   a. You must make these payments until this order ends:

      (1) Pay to: _____ For: _____ Amount: $_____ Due date: _____

      (2) Pay to: _____ For: _____ Amount: $_____ Due date: _____

      (3) Pay to: _____ For: _____ Amount: $_____ Due date: _____

   b. ☐ The court finds that the debt or debts listed above in   ☐ a(1)   ☐ a(2)   ☐ a(3)
      were the result of abuse in this case, and made without the person in ①'s agreement.

**(20) ☐ Pay Expenses Caused by the Abuse**

You must pay the following:

Pay to: _____ For: _____ Amount: $_____ Due date: _____

Pay to: _____ For: _____ Amount: $_____ Due date: _____

Pay to: _____ For: _____ Amount: $_____ Due date: _____

**(21) [X] Child Support**

Child support is ordered on the attached form FL-342, *Child Support Information and Order Attachment*
or *(specify other form)*: _____

**(22) [X] Spousal Support**

Spousal support is ordered on the attached form FL-343, *Spousal, Partner, or Family Support Order Attachment* or *(specify other form)*: _____

**(23) [X] Lawyer's Fees and Costs**

You must pay the following lawyer's fees and costs:

Pay to: **Victor Poree** _____ For: **atty fees** _____ Amount: $_____**25,000** Due date: **monthly**

Pay to: _____ For: _____ Amount: $_____ Due date: _____

Beginning 6/1/2022, Mr. Sarafin may make monthly payments of $2,000, directly to Mr. Poree, due on the 1st day of each month thereafter until the $25,000 balance is paid in full. No interest will accrue if payments are timely made. If not, the legal interest rate of 10% per year shall apply.

**This is a Court Order.**

Revised January 1, 2022
CEB Essential
ceb.com Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 5 of 8 →

| Case Number: |
|---|
| D21-02739 |

**(24)** ☐ **Batterer Intervention Program**

   a. The person in ② must go to and pay for a probation certified 52-week batterer intervention program and show proof of completion to the court.

   b. The person in ② must enroll by *(date):* _____; or if no date is listed, must enroll within 30 days after the order is made.

   c. The person in ② must complete, file, and serve form DV-805, *Proof of Enrollment for Batterer Intervention Program.*

**(25)** ☐ **Transfer of Wireless Phone Account**

The court has made an order transferring one or more wireless service accounts from you to the person in ①. These orders are contained on form DV-900, *Order Transferring Wireless Phone Account.*

**(26)** ☒ **Service**

   a. ☒ **No other proof of service is needed.** The people in ① and ② were at the hearing or agreed in writing to this order.

   b. ☐ **The person in ② was not present.** Proof of service of form DV-109 and form DV-110 (if issued) was presented to the court.

   (1) ☐ Order can be served by mail. The judge's orders in this form are the same as in form DV-110 except for the expiration date. The person in ② must be served, either by mail or in person.

   (2) ☐ Order must be personally served. The judge's orders in this form are different from the orders in form DV-110, or form DV-110 was not issued. The person in ② must be personally served (given) a copy of this order.

   c. ☐ **Proof of service of form FL-300 to modify the orders in form DV-130 was presented to the court.**

   (1) ☐ The people in ① and ② were at the hearing or agreed in writing to this order. No other proof of service is needed.

   (2) ☐ The person ☐ in ① ☐ in ② was not at the hearing and must be personally served (given) a copy of this amended (modified) order.

**(27)** **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this order for free.
Take a copy of all the papers that you need to be served to the sheriff or marshal.

---

**This is a Court Order.**

Revised January 1, 2022
■CEB Essential
ceb.com Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 6 of 8
→

| Case Number: |
|---|
| D21-02739 |

(28) ☒ **Attached pages**
All of the attached pages are part of this order.
a. Number of pages attached to this eight-page form: __10__
b. Attachments include forms *(check all that apply)*:
   ☒ DV-140  ☐ DV-145  ☒ DV-150  ☐ DV-900  ☒ FL-342  ☒ FL-343  ☒ Other: __FL-192__
   Dissomaster calculation

**Judge's Signature**

Date: __5/27/2022__

List of professinal Supervisors

_/s/ Anita Santos_
Judge or Judicial Officer  **ANITA SANTOS**

---

**Certificate of Compliance With VAWA**

This restraining (protective) order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

**Instructions for Law Enforcement**

**Start Date and End Date of Orders**

The orders *start* on the earlier of the following dates:
- The hearing date in item ⑤(a) on page 2; or
- The date next to the judge's signature on this page.

The orders *end* on the expiration date in item ④ on page 1. If no date is listed, they end three years from the hearing date.

**Arrest Required if Order Is Violated**

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code § 166 or 273.6.

**Notice/Proof of Service**

Law enforcement must first determine if the restrained person had notice of the orders. If notice cannot be verified, the restrained person must be advised of the terms of the orders. If the restrained person then fails to obey the orders, the officer must enforce them. (Family Code, § 6383.)

Consider the restrained person "served" (notified) if:
- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer. (Family Code, § 6383; Penal Code, § 836(c)(2).) An officer can obtain information about the contents of the order in the California Restraining and Protective Order System (CARPOS). (Family Code, § 6381(b)-(c).)

**This is a Court Order.**

Revised January 1, 2022
CEB Essential
ceb.com Forms

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 7 of 8 →

| Case Number: |
|---|
| D21-02739 |

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Penal Code, §13710(b).)

## Child Custody and Visitation

- The custody and visitation orders are on form DV-140. They may be written on additional pages or referenced in DV-140 or other orders that are not part of this restraining order.
- At items 9b(1) or 10b(1) of this order, the judge may allow the person in ② to have brief and peaceful contact with the person in ①, as needed to follow court-ordered visits. Conduct of the person in ② that is **not** brief and peaceful is a violation of this order.

## Enforcing the Restraining Order in California

Any law enforcement officer in California who receives, sees, or verifies the orders on a paper copy, in the California Law Enforcement Telecommunications System (CLETS), or in an NCIC Protection Order File must enforce the orders.

## Conflicting Orders—Priorities for Enforcement

If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority (see Penal Code, § 136.2 and Family Code, §§ 6383(h)(2), 6405(b)):

1. **EPO:** If one of the orders is an *Emergency Protective Order* (form EPO-001) and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. **No-Contact Order:** If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.
3. **Criminal Order:** If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. **Family, Juvenile, or Civil Order:** If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*(The clerk will fill out this part.)*



Clerk's Certificate
[seal]

—Clerk's Certificate—

I certify that this *Restraining Order After Hearing (Order of Protection)* is a true and correct copy of the original on file in the court.

Date: __MAY 3 1 2022__   Clerk, by _____, Deputy
E. HERNANDEZ

**This is a Court Order.**

Revised January 1, 2022
CEB Essential
ceb.com Forms

Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)

DV-130, Page 8 of 8