Robert Serafin, PRO SE
460 Center Street, # 6995
Moraga, CA 94570
T: (415) 350-9900
bobby8020@yahoo.com

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| ROBERT SERAFIN<br><br>*Plaintiff*<br><br>v.<br><br>REALMARK HOLDINGS, LLC,<br>a California Limited Liability Company;<br>MADELINE SERAFIN, an individual;<br>REALMARK INC., a California "C"<br>Corporation;<br><br>DOES 1-10, inclusive<br><br><br>*Defendants,* | CASE NO. 5:23-cv-03275 PCP<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO DEFENDANTS' OPPOSITION TO A PRELIMINARY INJUCTION**<br><br>Date:  February 22, 2024<br>Time: 10AM<br>Court Room: 8 4th Floor<br>Judge: Hon. P. Casey Pitts<br>Date Action Filed: June 30, 2023<br>Trial Date: None Assigned |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to Federal Rules of Evidence 201(b)(2) and 201(c)(2), Plaintiff Robert Serafin hereby requests the Court take judicial notice of the following facts:

1

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

1. Exhibit A: Plaintiff's formal requests for the inspection of Realmark Inc. corporate records

2. Exhibit B: Before and after appearance of the Realmark Inc. website http://www.realmark-commercial.com usurped by Defendants on or about January 2023, shortly after the formation of Realmark Holdings LLC.

3. Exhibit C: The "The Realmark Building" prominent signage located at Realmark headquarters at 281 Hartz Avenue in Danville California, a very busy highly trafficked commercial and retail area.

4. Exhibit D: The description of "Realmark" clients and transactions appearing on the website http://www.realmark-commercial.com as of June 30, 2023.

Dated February 5, 2024            Robert Serafin, PRO SE

# EXHIBIT A

**ROBERT SERAFIN**

460 CENTER STREET, NO. 6995, MORAGA CA 94570

November 2, 2023

Stephen M. Fuerch  **VIA U.S. MAIL & EMAIL** steve@fuerchlegal.com
7901 Stoneridge Drive, Suite 506
Pleasanton, CA 94588

**Re:** Your Failure to Respond to My Request to Inspect Realmark, Inc. Corporate Records

Mr. Fuerch:

I wrote to you on October 11, 2023 (See Attached), with my request under Section 1601 of the California Corporations Code to inspect corporate records for the California "C" Corporation Realmark, Inc. (Realmark). You are the attorney of record for Realmark and you are aware I am a major shareholder of record of this entity.

I have sought the subject books and records for over a year including another written request submitted on August 10, 2022 (Attached). To date Realmark has refused to provide any records.

You, the Realmark attorney of record, and fiduciary for same and all Realmark shareholders, have not responded to my request to produce the records to which I am entitled as a matter of law. You have an obligation to act in the best interests of the corporation and its shareholders. Refusing to provide the subject records is a breach of your fiduciary duty, and obligation to act in the best interests of the corporation and its shareholders. I remind you I am a shareholder with a 50% equity stake.

In an effort to minimize court filings, and to respect judicial resources, I am once again reaching out and asking you to meet your fiduciary and legal obligations as the Realmark attorney of record and provide the requested records. If you continue to refuse, I will have no alternative but to petition the court for a Writ of Mandamus to compel production of the records.

Sincerely,

*Robert Serafin*
Robert Serafin

(enclosure)

**Request No. 2 for Realmark Inc, Books & Records**

**ROBERT SERAFIN**

**460 CENTER STREET, NO. 6995, MORAGA CA 94570**

October 11, 2023

Stephen M. Fuerch  **VIA U.S. MAIL & EMAIL** steve@fuerchlegal.com
7901 Stoneridge Drive, Suite 506
Pleasanton, CA 94588

Re:  Request to Inspect Corporate Records, Realmark, Inc.

Mr. Fuerch:

You are the attorney of record for the California "C" Corporation Realmark, Inc. You are aware I am a major shareholder of this entity. Accordingly, pursuant to the provision of Chapter 16 of the California Corporations Code, I am writing to request an inspection of the following corporation records:

- Articles of incorporation
- Current and original bylaws
- All corporate resolutions adopted by the shareholders or board of directors
- Records of all actions taken by shareholders without a meeting for the past 3 years
- Names and residence addresses of all members of the board
- All minutes of all shareholders' meetings for the past 3 years
- All executed notice of meetings
- All written communications to shareholders within the past 3 years
- Income Statements and Balance Sheets for the last 3 years
- Names and numbers of all bank and other financial institution accounts
- Names and business addresses of current directors and officers
- The most recent annual registration and filings delivered to the California Secretary of State
- A complete list of all company clients over the past 3 years
- All client contracts, along with all attachments, executed by the company over the last 3 years

The purpose of the inspection is to review the above information to determine whether there has been wrongdoing by the management of company. Please grant meaningful access to the above-listed information and documents within 7 days after the date of this letter.

Sincerely,

Robert Serafin

*Robert Serafin*
*460 Center Street, # 6995, Moraga, CA 94570*

**BY CERTIFIED US MAIL**                                                                August 10, 2022

Madeline Serafin, CEO & Director
Realmark, Inc
23 railroad Avenue, #1226
Danville, CA 94526

c/o James G. Schwartz, Esq.
Attorney for Madeline Serafin
7901 Stoneridge Drive, Suite 506
Pleasanton, CA 94588

**Re:** Request to Inspect Corporate Records, Realmark, Inc.

Dear Mr. Schwartz:

Pursuant to the provision of Chapter 16 of the California Corporations Code, I am writing as a major shareholder of the California C Corporation Realmark, Inc, to request an inspection of the following records:

- Articles of incorporation
- Current and original bylaws
- All corporate resolutions adopted by the shareholders or board of directors
- Records of all actions taken by shareholders without a meeting for the past 3 years
- Names and residence addresses of all members of the board
- All minutes of all shareholders' meetings for the past 3 years
- All executed notice of meetings
- All written communications to shareholders within the past 3 years
- Income Statements and Balance Sheets for the last 3 years
- Names and numbers of all bank and other financial institution accounts
- Names and business addresses of current directors and officers
- The most recent annual registration and filings delivered to the California Secretary of State
- A complete list of all company clients over the past 3 years
- All client contracts, along with all attachments, executed by the company over the last 3 years

The purpose of the inspection is to review the above information to determine whether there has been wrongdoing by the management of company. Please grant meaningful access to the above-listed information and documents within 10 days after the date of this letter.

Very truly yours,

*[signature]*
Robert Serafin

# EXHIBIT B



This is how the website http://www.realmark-commercial.com belonging to Realmark Inc. appeared between its inception in 2016 until it was usurped by Defendants on or about January 2023, shortly after the formation of Realmark Holdings LLC.



*This is how the website http://www.realmark-commercial.com appeared shortly after being usurped by Defendants on or about January 2023, shortly after the formation of Realmark Holdings LLC, to which Defendants claim "no substantial changes have been made since 2016" (Dkt No. 55 at 4:3-4). The telephone number prominent under the mark "Realmark" is the personal cell number for Ms. Serafin.*



**Owner's Name for (925) 302-0███**

# MADELINE SERAFI

**Telco Info for (925) 302-0███**

**Phone Carrier**

verizon✓

# EXHIBIT C

# Realmark Building located at 281 Hartz Avenue, Danville, California



# EXHIBIT D

# The vast range of Realmark Inc. Clients and Transactions usurped by Realmark Holdings LLC

## About Us

Providing commercial and residential real estate expert services, consulting, property management, real estate operation, and brokerage services to real estate owners, investors, tenants and landlords.



Clients and transactions include the following sectors:

**Commercial**
- Office
- Retail
- Restaurant
- Medical & Dental
- Legal
- Manufacturing
- Personal Service
- Non-Profit
- Government
- Educational Facilities
- Political Action Commitees
- Venue
- Industrial
- Distribution Centers
- Data Center & Tehnology
- Film Production Studio & Sites
- Wineries & Breweries
- Parking Lots & Structures
- Land

**Residential**
- Multi-Family
- Low-income
- Duplexes
- Single Family



HOME    ABOUT    SERVICES    CONTACT    BOOK A MTG...    SCHEDULE MTG SPACE